## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON MEAD | * | |
| | * | |
| Plaintiff, | * | Civil action No. 14-2701 |
| | * | |
| v. | * | Judge Eldon E. Fallon |
| | * | |
| ALTUS GTS INC., | * | Magistrate Karen Wells Roby |
| a/k/a ALTUS GLOBAL TRADE SOLUTIONS | * | |
| | * | |
| Defendant. | * | |

******************************************

## ORDER

The above and foregoing "Motion to Dismiss with Prejudice" having been duly considered;

**IT HEREBY ORDERED, ADJUDGED AND DECREED,** that the same be and hereby is granted. This case is hereby dismissed with prejudice.

New Orleans, Louisiana, this 21st day of January, 2015.

_____
Hon. Eldon E. Fallon